UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>v.<br>AKAL CALVERT-DAMU ALLEN,<br>  Defendant. | Case No. 23-cr-00202-VC-1<br><br>**ORDER DENYING MOTION TO DISMISS**<br><br>Re: Dkt. No. 24 |

The motion to dismiss the indictment is denied because the jury must consider in the first instance whether the victim was engaged in her official duties, as this is an element of the offense charged. *See United States v. Nukida*, 8 F.3d 665, 669-70 (9th Cir. 1993).

**IT IS SO ORDERED.**

Dated: October 6, 2023

_____
VINCE CHHABRIA
United States District Judge